IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMIE SHAWN MCCALL**
ADC #610019                                                                                              PLAINTIFF

v.                               Case No. 4:14-cv-365 KGB

**FLOWERS, corporal,**
**Faulkner County Jail**                                                                          DEFENDANT

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 29) and the objections filed by plaintiff Jamie McCall (Dkt. No. 32). After carefully reviewing the Recommended Disposition and Mr. McCall's objections, as well as conducting a *de novo* review of the record, the Court approves and adopts the Recommended Disposition as this Court's findings in all respects. Therefore, the Court grants Defendant Flowers's motion for summary judgment (Dkt. No. 23) and dismisses with prejudice Mr. McCall's claims.

SO ORDERED this 18th day of May, 2015.

_____
Kristine G. Baker
United States District Judge