**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JAMIE SHAWN MCCALL
ADC #610019**                                                                                          **PLAINTIFF**

**v.**                                              **Case No. 4:14-cv-365 KGB**

**FLOWERS, corporal,
Faulkner County Jail**                                                                        **DEFENDANT**

**JUDGMENT**

Consistent with the Order entered in this matter on this date, the Court dismisses with

prejudice this case.

SO ADJUDGED this 18th day of May, 2015.

_____
Kristine G. Baker
United States District Judge